**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-7640

DEE DEIDRE FARMER,

Plaintiff - Appellant,

WILLIAM CHERRY,

Plaintiff,

versus

TERRY PENNINGTON, Lieutenant; ROBERT FOX, Unit
Manager; J. ROBINSON, Correctional Counselor;
JERRY GAUGHAN, Disciplinary Hearing Officer,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-95-440-5-H)

Submitted: April 17, 1997       Decided: April 29, 1997

Before NIEMEYER and WILLIAMS, Circuit Judges, and BUTZNER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Dee Deidre Farmer, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying Appellant's motions for voluntary dismissal and to vacate judgment. We have reviewed the record and the district court's opinion and find that, given this court's affirmance of the district court's underlying decision on the merits, the district court did not abuse its discretion in denying Appellant's motions. <u>See</u> <u>United States v. Williams</u>, 674 F.2d 310, 312 (4th Cir. 1982). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

<u>AFFIRMED</u>